Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Michael H. Simon, *pro hac vice*
MSimon@perkinscoie.com
David P.R. Symes, *pro hac vice*
DSymes@perkinscoie.com
Christopher L. Garrett, *pro hac vice*
CGarrett@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Plaintiff
U.S. AUTO PARTS NETWORK, INC.

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. AUTO PARTS NETWORK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PARTS GEEK, LLC, a New Jersey limited liability company, et al.,<br><br>Defendants. | Case No. 09CV 4609 JFW RZx<br><br>FINAL JUDGMENT |

For the reasons set forth in this Court's Order of June 7, 2010 regarding the parties' motions for summary judgment (Dkt. No. 293), and the Stipulated Dismissal of USAP's Claim for Copyright Infringement Re: Parts Street Collage, filed by Plaintiff, U.S. Auto Parts Network, Inc., and all Defendants except Lucas Thomason on June 17, 2010,

**IT IS ORDERED, ADJUDGED, AND DECREED** as follows**:**

1. All of Plaintiff's claims against all Defendants are dismissed.

2. All of the Parts Geek Defendants' counterclaims against Plaintiff are dismissed.

DATED: June 18, 2010

/s/
Honorable John F. Walter
United States District Judge