Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Michael H. Simon, *pro hac vice*
MSimon@perkinscoie.com
Christopher L. Garrett, *pro hac vice*
CGarrett@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Plaintiff
U.S. AUTO PARTS NETWORK, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. AUTO PARTS NETWORK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PARTS GEEK, LLC, a New Jersey limited liability company, et al.,<br><br>Defendants. | Case No. 09CV 4609 JFW RZx<br><br>SUPPLEMENTAL JUDGMENT |

For the reasons set forth in the Court's Orders of July 19, 2010 regarding Plaintiff's motion for sanctions (Dkt. No. 354), and of July 30, 2010 regarding the Defendants' motions for attorneys' fees and costs (Dkt. No. 365), the Bill of Costs entered by the Clerk of the Court on August 5, 2010 (Dkt. No. 370), and the Joint Stipulation as to Award of Attorneys' Fees and Costs filed by the parties on August 11, 2010,

**IT IS ORDERED, ADJUDGED, AND DECREED** as follows**:**

1. Judgment is entered in favor of Defendant Lucas Thomason and against Plaintiff U.S. Auto Parts Network, Inc. in the amount of Three Hundred Five Thousand Nine Hundred Twenty-Six Dollars ($305,926).

2. Judgment is entered in favor of Defendants Parts Geek LLC, Richard E. Pine, Brian Tinari, Lowell E. Mann, and Dannie Hendershot, collectively, against Plaintiff U.S. Auto Parts Network, Inc. in the amount of Eight Hundred Seventy-Three Thousand Six Hundred Ninety-Five Dollars and Thirty-Seven Cents ($873,695.37), broken down as follows:

 a. The amount of $648,425 is awarded as recoverable attorney fees;

 b. The amount of $29,696.37 is awarded under the Bill of Costs; and

 c. The amount of $195,574 is awarded as recoverable expert witness fees and other costs not included in the Bill of Costs.

3. Judgment is entered in favor of Plaintiff U.S. Auto Parts Network, Inc. against Defendants Parts Geek LLC, Richard E. Pine, Brian Tinari, Lowell E. Mann, and Dannie Hendershot, collectively, in the amount of Sixty-Seven Thousand Four Hundred Sixty-Two Dollars ($67,462).

DATED: <u>August 23, 2010</u>

              _____
              Honorable John F. Walter
              United States District Judge