Gerald E. Hawxhurst (Bar No. 220327)
  jerry@cronehawxhurst.com
Daryl M. Crone (Bar No. 209610)
  daryl@cronehawxhurst.com
Joshua P. Gelbart (Bar No. 274021)
  jgelbart@cronehawxhurst.com
CRONE HAWXHURST LLP
10880 Wilshire Blvd., Suite 1150
Los Angeles, California 90024
Telephone:  (310) 893-5150
Facsimile:   (310) 893-5195

Attorneys for Plaintiff
U.S. Auto Parts Network, Inc.

Daniel E. Sobelsohn (Bar No. 181212)
dsobelsohn@sobelsohnlaw.com
THE SOBELSOHN LAW FIRM
1801 Century Park East
24th Floor
Los Angeles, CA 90067
Phone: (310) 272-8566
Fax: (310) 861-5205

Attorneys for Defendants Parts Geek LLC,
Dannie Hendershot, Lowell E. Mann,
Richard E. Pine, and Brian Tinari

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. Auto Parts Network, | Case No. CV09-4609 JFW (RZx) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Parts Geek LLC, Richard E. Pine, Brian Tinari, Lowell E. Mann, Dannie Hendershot, and Lucas Thomason, | |
| Defendants. | |

Trial Date: Jan. 29, 2013
Pre-Trial Conf.: Jan. 11, 2013

The parties to this action, through their respective counsel, hereby notify the Court that they have agreed on the principal terms of a settlement among them. Accordingly, the parties respectfully request that the Court defer a ruling on the Parts Geek Defendants' pending motion for attorneys' fees, which is presently set for hearing on December 17, 2012 (see Dkt. No. 397), while the parties memorialize and execute a long form settlement agreement. The parties expect to enter into that long form agreement no later than December 14, 2012.

DATED: December 7, 2012     CRONE HAWXHURST LLP

By _____/s/_____
   Gerald E. Hawxhurst
   Daryl M. Crone
   Joshua P. Gelbart
   Attorneys for Plaintiff
   U.S. Auto Parts Network, Inc.

DATED: December 7, 2012     THE SOBELSOHN LAW FIRM

By _____/s/_____
   Daniel E. Sobelsohn, Bar No. 181212

WEIR AND PARTNERS LLP

By _____/s/_____
   Steven E. Angstreich (*pro hac vice*)
   Attorneys for Parts Geek Defendants

| | | |
|---|---|---|
| 1 | DATED:  December 7, 2012 | REED SMITH LLP |
| 2 | | |
| 3 | | By  /s/ |
| 4 | | Stuart A. Shanus, Bar No. 188046 |
| | | Michael A. Garabed, Bar No. 223511 |
| 5 | | Attorneys for Defendant Lucas Thomason |