Gerald E. Hawxhurst (Bar No. 220327)
  jerry@cronehawxhurst.com
Daryl M. Crone (Bar No. 209610)
  daryl@cronehawxhurst.com
Joshua P. Gelbart (Bar No. 274021)
  jgelbart@cronehawxhurst.com
CRONE HAWXHURST LLP
10880 Wilshire Blvd., Suite 1150
Los Angeles, California 90024
Telephone:  (310) 893-5150
Facsimile:   (310) 893-5195

Attorneys for Plaintiff
U.S. Auto Parts Network, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| U.S. Auto Parts Network, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Parts Geek LLC, et al.<br><br>Defendants. | Case No.: CV09-4609 JFW (RZx)<br><br>**STIPULATION RE:  DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED BY THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, AS FOLLOWS:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), all remaining claims alleged by the parties in this action are hereby dismissed with prejudice. All parties shall bear their own attorneys' fees and costs.

Respectfully submitted,

DATED: December 17, 2012     CRONE HAWXHURST LLP

By _____/s/_____
Gerald E. Hawxhurst
Daryl M. Crone
Joshua P. Gelbart
Attorneys for Plaintiff
U.S. Auto Parts Network, Inc.

DATED: December 17, 2012     THE SOBELSOHN LAW FIRM

By _____/s/_____
Daniel E. Sobelsohn, Bar No. 181212

WEIR AND PARTNERS LLP

By _____/s/_____
Steven E. Angstreich (*pro hac vice*)
Attorneys for Parts Geek Defendants

CRONE HAWXHURST LLP
10880 WILSHIRE BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195

-1-
STIPULATION RE: DISMISSAL

1 | DATED: December 17, 2012   REED SMITH LLP

By _____/s/_____
Stuart A. Shanus, Bar No. 188046
Michael A. Garabed, Bar No. 223511
Attorneys for Defendant Lucas Thomason

CRONE HAWXHURST LLP
10880 WILSHIRE BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195

-2-

STIPULATION RE: DISMISSAL