JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

WESTERN DIVISION

11

U.S. Auto Parts Network, Inc.,

Case No.:  CV09-4609 JFW (RZx)

12

Plaintiff,

**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

13
14

vs.

15

Parts Geek LLC, et al.

16

Defendants.

17
18
19

        THE COURT, having considered the parties' stipulation dismissing

20

this action, HEREBY ORDERS THAT all remaining claims alleged by the parties

21

in this action are hereby dismissed with prejudice.  All parties shall bear their own

22

attorneys' fees and costs.

23
24
25

Date:  December 18, 2012

26

HONORABLE JOHN F. WALTER

27

U.S. DISTRICT COURT JUDGE

28

CRONE HAWXHURST LLP
10880 WILSHIRE BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195

-1-